# COURT MINUTES
Page 1

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 10/22/20     Time: 11:00 A.M.

---

Defendant: Acisclo Valladares Urruela    J#:    Case #: 20-3308-TORRES

AUSA: Walter Norkin    Attorney: Dan Gelber + Gerald Greenberg — temp / perm

Violation: CONSPIRACY TO COMMIT MONEY LAUNDERING

Proceeding: INITIAL APPEARANCE    CJA Appt:

Bond/PTD Held: ○ Yes ✓ No    Recommended Bond: 500k PSB

Bond Set at: 500k PSB - Stip    Co-signed by: as required

- ✓ Surrender and/or do not obtain passports/travel docs
- ✓ Report to PTS as (directed)/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ✓ Not to encumber property   as required
- ✓ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ✓ Other: reside at address of record

Language: Spanish

Disposition: Defense counsel filed notices of permanent appearance.

Defendant waived preliminary hearing - waiver executed (waived thru 1/26/21)

Time from today to 1/26/21 excluded from Speedy Trial Clock

---

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal: 1/26/21 1:30 p.m. Duty Miami

Status Conference RE:

Sealed D.A.R. 11:04:21 *sealed* Sealed    Time in Court: 20

Released ✓