UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 20-MJ-03308-TORRES

UNITED STATES OF AMERICA

v.

Acisclo Valladares Urruela
_____/

## WAIVER OF PRELIMINARY EXAMINATION
## AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT

The defendant, having been advised of his right to a preliminary hearing or examination as to probable cause, and the defendant, having refused and waived a preliminary examination,

The defendant now signs this **Waiver of Preliminary Examination** through  January 26, 2021 , and agrees that this time will be excluded from the computation of the time within which an indictment or information must be filed, under 18 U.S.C. Section 3161.

DATED: 10/21/2020         Defendant: _____

### MAGISTRATE JUDGE'S CERTIFICATE

The undersigned United States Magistrate Judge certifies that the defendant, after being advised of his right to a preliminary examination, stated he refused and waived such preliminary examination and signed the foregoing Waiver of Preliminary Examination.

**IT IS ORDERED** that a preliminary examination in the above-entitled matter is waived through  1/26/21 , and based upon interests of justice, this time is excluded from the computation of the time within which an indictment or information must be filed under the Speedy Trial Act, 18 U.S.C. Section 3161.

Dated:  10/22/20             _____
                              ALICIA M. OTAZO-REYES
                              UNITED STATES MAGISTRATE JUDGE

                           At **MIAMI, FLORIDA**