UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-03308-MJ-TORRES

UNITED STATES OF AMERICA,

v.

ASISCLO VALLADARES URRUELA,

    Defendant.
_____/

## NOTICE OF APPEARANCE

PLEASE BE ADVISED that attorney MIKAYLA ESPINOSA, of the undersigned law firm, is noticing her appearance as counsel on behalf of Defendant ASISCLO VALLADARES URRUELA, in the above-styled matter. She requests that all pleadings, correspondence, and related materials in this case be provided to her.

Dated: October 22, 2020

Respectfully Submitted,

*/s/Mikayla Espinosa*
DANIEL S. GELBER
Florida Bar No. 512877
dan@gsgpa.com
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
MIKAYLA ESPINOSA
Florida Bar No. 1008227
mikaylaespinosa@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
1221 Brickell Avenue, Suite 2010
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Asisclo Valladares Urruela*