UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-03308-MJ-TORRES

UNITED STATES OF AMERICA,

v.

ACISCLO VALLADARES URRUELA,

    Defendant.

_____/

**DEFENDANT ACISCLO VALLADARES URRUELA'S *UNOPPOSED*
MOTION TO PERMIT TRAVEL**

    Defendant Acisclo Valladares Urruela respectfully requests the entry of an order permitting him to take a personal trip outside of the Southern District of Florida from April 8, 2022 through April 11, 2022. The grounds for this request are set forth below.

    1.    Mr. Valladares made his initial appearance on October 20, 2020. Mr. Valladares was released on bond. One of the conditions of bond is that Mr. Valladares may enter airports located in the Southern District of Florida for the sole purpose of accompany his children either (1) before they board any flight from this District (2) after they de-board any flight into this District, if there is no other adult relative accompany them.

    2.    Mr. Valladares respectfully requests permission to travel to Washington, DC for a personal trip from April 8, 2022 through April 11, 2022.

    3.    Mr. Valladares will be away only to travel to Washington, DC, participate in personal events, and return home.

    4.    Because he does not have a U.S. driver's license or other ID document acceptable for domestic air travel, Mr. Valladares will need his Guatemalan passport to make this trip. He has, however, surrendered that passport as a condition of his bond. Accordingly Mr. Valladares

has consulted with his Pretrial Services Officer, Jorge Ferdinandy, regarding the logistics for these trips if this motion is granted. Mr. Ferdinandy has advised that Mr. Valladares would need to obtain his passport from Pretrial Services the day before departing for Washington, DC and return it within 24 hours of getting back home. Mr. Valladares would of course agree to this condition and would comply with any other conditions or requests from Pretrial Services.

5. Undersigned counsel has conferred with Mr. Ferdinandy and with Assistant United States Attorney Walter Norkin. Neither the United States nor Pretrial Service oppose this motion. Mr. Valladares will not let the travel interfere with any court dates or obligations and will alter his travel schedule if necessary to attend any proceedings.

6. A proposed order is attached as Exhibit A.

WHEREFORE, Defendant Acisclo Valladares Urruela respectfully requests the entry of an order permitting him to make the trip as stated herein.

Dated: April 4, 2022

Respectfully Submitted,

/s/Gerald E. Greenberg
GERALD E. GREENBERG
Florida Bar No. 440094
ggreenberg@gsgpa.com
DAN GELBER
Florida Bar No. 512877
dan@gsgpa.com
NATALIA B. MCGINN
Florida Bar No. 1011385
nmcginn@gsgpa.com
GELBER SCHACHTER & GREENBERG, P.A.
SunTrust International Center
One Southeast Third Avenue, Suite 2600
Miami, Florida 33131
Telephone: (305) 728-0950
E-service: efilings@gsgpa.com

*Counsel for Defendant Acisclo Valladares Urruela*