UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-03308-MJ-TORRES

UNITED STATES OF AMERICA,

v.

ACISCLO VALLADARES URRUELA,

   Defendant.
_____/

**ORDER**

Before the Court is Defendant Acisclo Valladares Urruela's *Unopposed* Motion to Permit Travel (the "Motion") [ECF 36]. The Court being fully advised, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion, [ECF 36], is **GRANTED**.

2. Mr. Valladares is permitted to travel to Washington, DC for a personal trip from April 8, 2022 through April 11, 2022.

3. Mr. Valladares must abide by all conditions of travel imposed by his bond and by the United States Probation Office, including but not limited to those conditions set forth by the Probation Office related to the release and return of Mr. Valladares passport within 24 hours before departure and 24 hours of return from each trip. Mr. Valladares may not let the travel interfere with any court dates or obligations and will be required to amend his travel dates if necessary to comply with any obligations in his case.

**DONE AND ORDERED** in Chambers in Miami, Florida on April 5th, 2022.

_____
ALICIA M. OTAZO-REYES
UNITED STATE MAGISTRATE JUDGE

cc:   Counsel of record